**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/08/2022

IN RE:

SANDRA A. ROBINSON
209 CRESCENT PINES DRIVE
VERONA, PA 15147
XXX-XX-4703            Debtor(s)

Case No. 17-22899 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/8/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 4883 |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  301.50<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0174 |
| **MARTHA E VON ROSENSTIEL ESQ++**<br>MARTHA E VON ROSENSTIEL PC<br>POB 307*<br>SECANE, PA  19018 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FDRL NATL MORT SYSTEM/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:6   INT %: 6.50%<br>Court Claim Number:3<br>CLAIM:  3,986.87<br>COMMENT:  SURR/PL*11141.95/STIP-CL@6.5%~PRORATA/STIP*FR GFC LENDING-D55 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 0434 |
| **US DEPARTMENT OF HUD****<br>ATTN BANKRUPTCY NOTICES - LEGAL<br>451 7TH ST SW<br>WASHINGTON, DC  20410 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:NC<br>CLAIM:  8,834.68<br>COMMENT:  $@0%/OE*2ND/SCH*W/31 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6794 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*708.54/PL*DKT4LMT*BGN 8/17 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6794 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>9990 RICHMOND AVE STE 400 S<br>BK DEPT<br>HOUSTON, TX  77042 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  16,265.40<br>COMMENT:  SURR/PL*56,868.39/CL*BGN 7/17*FR FNMA-D62*FR US BK TRUST-D76*FR NEW REZ | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5922 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AUTO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5218 |

| Creditor | Claim Info | Details |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~ALLEGHENY CLNC RDLGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HGRLA |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ALLEGHENY RDLGY ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1MAK |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br><br>DICKSON CITY, PA 18519 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FORBES RGNL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 67N1 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br><br>DICKSON CITY, PA 18519 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FORBES RGNL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 05N1 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0324 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:2-2<br><br>CLAIM: 335.31<br>COMMENT: CREDIT PROTECTION ASSN/SCH*7003/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7558 |
| **DEBT RECOVERY SOLUTIONS LLC**<br>6800 JERICHO TURNPIKE STE 113E<br><br>SYOSSET, NY 11791 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: EMP OF ALLEGHENY CO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3786 |
| **DEBT RECOVERY SOLUTIONS LLC**<br>6800 JERICHO TURNPIKE STE 113E<br><br>SYOSSET, NY 11791 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1515 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DIRECTV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3010 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br><br>NORFOLK, VA 23502 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: GECRB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4883 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1731 | CLAIM: 0.00<br>COMMENT: NT ADR~SAMS CLUB/SCH |
| **TEK COLLECT**<br>POB 1269<br>COLUMBUS, OH 43216 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8038 | CLAIM: 0.00<br>COMMENT: HANGER PRSTHTCS ORTH/SCH |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6794 | CLAIM: 9,152.76<br>COMMENT: $/PL-CL*THRU 7/17 |
| **GFC LENDING LLC**<br>PO BOX 29018<br>PHOENIX, AZ 85038 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6001 | CLAIM: 0.00<br>COMMENT: CL4@$11,141.95~W/DRWN@DOC 38 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>9990 RICHMOND AVE STE 400 S<br>BK DEPT<br>HOUSTON, TX 77042 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5922 | CLAIM: 0.00<br>COMMENT: SURR/PL*$709.07/CL*THRU 6/17*FR FNMA-DOC 62*FR US BK TRUST-D76*FR NEW |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 | CLAIM: 0.00<br>COMMENT: 124-S-198*SURR/PL*831.49/CL*NT/SCH*THRU 7-17-2017*WNTS 10%*W/27*DKT |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 | CLAIM: 0.00<br>COMMENT: 124-S-198*SURR/PL*143.79/CL*NT/SCH*NON%*THRU 7-17-2017*W/26 |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6844 | CLAIM: 3,886.64<br>COMMENT: NT/SCH*CITIBANK-SEARS*STALE*DK |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6742 | CLAIM: 833.99<br>COMMENT: ACCT NT/SCH*SYNCHRONY BANK/GEMB*STALE*DK |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0266 | CLAIM: 436.41<br>COMMENT: OSI PORTFOLIO SVCS*NT/SCH*SPRINT-NEXTEL*STALE*DK |

| US DEPARTMENT OF HUD** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY NOTICES - LEGAL | Court Claim Number:NC | ACCOUNT NO.: 6794 |
| 451 7TH ST SW | CLAIM: 8,834.68 | |
| WASHINGTON, DC  20410 | COMMENT: $OE*W/7*DKT | |
| | | |
| KML LAW GROUP PC* | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: HEADLANDS RESIDENTIAL/PRAE | |