

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

17-22899

DEBTOR(S):

SANDRA A ROBINSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $833.99

CREDITOR'S SIGNATURE:

/s/ Julia Doan

CREDITOR CONTACT INFO:

CACH, LLC its successors and assigns as assignee of Synchrony Bank

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/9/2022