IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Sandra A. Robinson | : | Bankruptcy No. 17-22899-JAD |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No. 9 |
| Movant | U.S Bank Trust National Association | : | |
| | | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | : | | |
| | No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:    U.S Bank Trust National Association
   Incorrect Address:   Selene Finance, LP
                         9990 Richmond Ave.
                         Suite 400 South
                         Houston TX 77042

Corrected Address:
   Creditor Name:    U.S Bank Trust National Association
   Correct Address:   Selene Finance LP
                         Attn: BK Dept
                         3501 Olympus Blvd, Suite 500
                         Dallas, TX 75019

Dated June 6, 2022

                                                          /s/ Charles G. Wohlrab
                                           Electronic Signature of Debtor(s)' Attorney

                                                           Charles G. Wohlrab, Esq.
                                                                  Typed Name

                              10700 Abbott's Bridge Rd, Ste. 170, Duluth, GA 30097
                                                                              Address

                                                                 (470) 321-7112 Ext. 257
                                                                             Phone No.

                                                                                  314532
                                                          Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SANDRA A. ROBINSON
209 CRESCENT PINES DRIVE
VERONA, PA 15147

And via electronic mail to:

GLENN R. BARTIFAY
2009 MACKENZIE WAY
SUITE 100
CRANBERRY TOWNSHIP, PA 16066

*TRUSTEE*
RONDA J. WINNECOUR
USX TOWER, SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219

*U.S. TRUSTEE*
OFFICE OF THE U.S. TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill