IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 17-22899-JAD |
| SANDRA A. ROBINSON, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on June 30, 2022, Doc. No. 100, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing on Professional Fees filed on June 30, 2022, Doc. No. 101, Responses to the Application were to be filed and served no later than July 18, 2022.

It is hereby respectfully requested that the Proposed Order filed on June 30, 2022, Doc. No. 100-3, be entered by the Court.

Dated: July 19, 2022                /s/ Glenn R. Bartifay
                                    GLENN R. BARTIFAY, ESQUIRE
                                    Pa. Id. No. 68763
                                    Attorney for Applicant

                                    BARTIFAY LAW OFFICES, P.C.
                                    2009 Mackenzie Way, Suite 100
                                    Cranberry Township, PA 16066
                                    (412) 824-4011
                                    gbartifay@bartifaylaw.com