IN THE UNITED STATES BANKRUPTCY COURT    **DEFAULT O/E JAD**
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    SANDRA A. ROBINSON

        Debtor(s)

    Ronda J. Winnecour
           Movant
        vs.
    No Repondents.

Case No.:17-22899 JAD

Chapter 13

Document No.: 106

FILED
10/19/22 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this _____19th_____ day of _____October_____, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22899-JAD |
| Sandra A. Robinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra A. Robinson, 209 Crescent Pines Drive, Verona, PA 15147-3221 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14660606 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14660603 | + | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14660607 | + | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 14660612 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beaverton, OR 97005 |
| 14748894 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 14660614 | + | Tek-collect Inc, 871 Park St, Columbus, OH 43215-1441 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 23:57:09 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 23:57:08 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2022 23:51:00 | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Oct 19 2022 23:51:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14660602 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 19 2022 23:50:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14731869 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 23:57:08 | CACH, LLC its successors and assigns as assignee, of Citibank (South Dakota), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733161 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 23:57:17 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14660604 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Oct 19 2022 23:50:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14660605 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2022 23:50:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14660608 | + | Email/Text: bknotice@ercbpo.com | Oct 19 2022 23:51:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, |

District/off: 0315-2                    User: auto                    Page 2 of 4

Date Rcvd: Oct 19, 2022                 Form ID: pdf900               Total Noticed: 33

| | | | | Jacksonville, FL 32256-7412 |
|---|---|---|---|---|
| 14680835 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 19 2022 23:51:00 | GFC Lending, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14660609 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 19 2022 23:51:00 | Go Financial, 7465 E Hampton Ave, Mesa, AZ 85209-3328 |
| 14678655 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 19 2022 23:57:15 | HUD, 451 Seventh Street Southwest, Washington, DC 20410-0002 |
| 14823270 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 19 2022 23:51:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14747865 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 23:57:09 | LVNV Funding, LLC its successors and assigns as, assignee of OSI Portfolio Services, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14666884 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2022 23:51:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14660610 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2022 23:51:00 | Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 15318770 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 19 2022 23:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14661052 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 19 2022 23:57:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14679976 | + | Email/Text: ebnpeoples@grblaw.com | Oct 19 2022 23:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P,C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14704631 | + | Email/Text: ebnpwsa@grblaw.com | Oct 19 2022 23:51:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14660611 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2022 23:57:15 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14660613 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 23:57:22 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15446847 | + | Email/Text: bkteam@selenefinance.com | Oct 19 2022 23:51:00 | U.S Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 14983651 | ^ | MEBN | Oct 19 2022 23:47:21 | U.S. Bank Trust National Association as Trustee, of Chalet Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Headlands Residential 2019-RPLI Owner Trust |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Seterus, Inc., as thhe authorized subservicer for |
| cr | | U.S. Bank Trust National Association as Trustee of |
| 14749537 | | Duquesne Light Company |
| cr | *+ | GFC Lending, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |

District/off: 0315-2          User: auto          Page 3 of 4

Date Rcvd: Oct 19, 2022          Form ID: pdf900          Total Noticed: 33

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 7 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

**Name**          **Email Address**

Charles Griffin Wohlrab
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwohlrab@raslg.com

Christopher A. DeNardo
on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Danielle Boyle-Ebersole
on behalf of Defendant GFC Lending  LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Glenn R. Bartifay
on behalf of Debtor Sandra A. Robinson gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Plaintiff Sandra A. Robinson gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Heather Stacey Riloff
on behalf of Creditor Seterus  Inc., as thhe authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jill Locnikar
on behalf of Defendant Department of Housing & Urban Developement jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  logsecf@logs.com

Kristen D. Little
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

Maria Miksich
on behalf of Creditor Headlands Residential 2019-RPLI Owner Trust mmiksich@kmllawgroup.com

Michael C. Mazack
on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust mmazack@lynchlaw-group.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Oct 19, 2022

Form ID: pdf900

Total Noticed: 33

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 17